# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| RW TRAYLOR | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-2928-S-BK |
| | § | |
| WALMART, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Motion to Dismiss [ECF No. 14] is **DENIED**.

**SO ORDERED.**

SIGNED June 15, 2026.

_____
**UNITED STATES DISTRICT JUDGE**