# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RW TRAYLOR | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-2928-S-BK |
| | § | |
| WALMART, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made. While the Court sustains Plaintiff RW Traylor's objection regarding the number of unknown defendants, *see* Plaintiff's Objection to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 58] ¶ 9, this ruling does not alter the Court's conclusion. All other objections are overruled.

The Court reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Wal-Mart Stores Texas, LLC's Amended Motion for Judgment on the Pleadings [ECF No. 31] is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff must file any amended complaint by **December 2, 2026**. If an amended complaint is not filed by this date, Plaintiff's claims will be dismissed with prejudice.

**SO ORDERED.**

SIGNED November 18, 2026.

**UNITED STATES DISTRICT JUDGE**